Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

*Attorneys for Plaintiff*

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMIKA MCLEMORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERALBUM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:16-cv-05133-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff Tamika McLemore ("McLemore" or "Plaintiff") dismisses this lawsuit against Defendant Everalbum, Inc. ("Everalbum" or "Defendant") with prejudice with respect to the claims alleged by Plaintiff individually against Defendant. The claims alleged by the putative, uncertified class against Defendant, if any, are dismissed without prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

1  (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any
2  applicable federal statute, the plaintiff may dismiss an action without a court order by
3  filing:
4      (i) a notice of dismissal before the opposing party serves either an answer or a
5      motion for summary judgment; or
6      (ii) a stipulation of dismissal signed by all parties who have appeared.
7  (B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is
8      without prejudice. But if the plaintiff previously dismissed any federal- or state-
9      court action based on or including the same claim, a notice of dismissal operates
10     as an adjudication on the merits.

11  In this case, Defendant has neither answered Plaintiff's Complaint nor served a motion for
12  summary judgment. In addition, no class has been certified in this matter so Rule 23's exceptions
13  do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

14  Accordingly, Plaintiff hereby dismisses these proceedings in accordance with Rule
15  41(a)(1)(i) with prejudice with respect to the claims alleged by Plaintiff individually against
16  Defendant, and without prejudice as to any claims alleged by the putative, uncertified class
17  against Defendant.

Dated: November 10, 2016

**TAMIKA MCLEMORE**, individually, and on behalf of all others similarly situated,

By: /s/ Patrick H. Peluso
    One of Plaintiff's Attorneys

Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Steven L. Woodrow
(swoodrow@woodrowpeluso.com)*
Patrick H. Peluso
(ppeluso@woodrowpeluso.com)*
Woodrow & Peluso, LLC

- 2 -

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:16-CV-05133-JD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Stefan Coleman
(Law@stefancoleman.com)*
Law Offices of Stefan Coleman, P.A.
201 S Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 10, 2016, a copy of the foregoing **Notice of Voluntary Dismissal** was served upon all counsel of record for Defendant Everalbum, Inc. via the Court's CM/ECF system.

By: */s/ Patrick H. Peluso*